17 cv 4302 (PKC) (LB)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Kenneth Littles

_____

_____
                Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES  X        NO  _____

-against-

P/O Robert Molloy of

102th Precinct

Tax Reg# 953125

Mohammed Uddin,

Azaharul Islam

_____
                Defendant(s).

[Insert full name(s) of defendant(s).  If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants.  The
names listed above must be identical to those listed in Part I]

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 25 2017 ★
BROOKLYN OFFICE

Rec'd
8/9/17

I.    **Parties:**  (In item A below, place your name in the first blank and provide your present
      address and telephone number.  Do the same for additional plaintiffs, if any.)

      **A.   Name of plaintiff**        Kenneth Littles
      _____

      If you are incarcerated, provide the name of the facility and address:

      A.M.K.C C-95  18-18 Hazen Street,
      _____

      east elmhurst,N.y 11370
      _____

      _____

      Prisoner ID Number:   441-17-04140
      _____

If you are not incarcerated, provide your current address:

78-12 87ᵗʰ Road. Woodhaven N.Y (1421)

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1          Robert Molloy

Full Name

          Ploice  fficer

Job Title

          102th Precinct Tax Reg #953125

          Richmondhill Queens N.y

Address

Defendant No. 2          Mohammed Uddin

Full Name

_____

Job Title

          (Unknown)

Address

Defendant No. 3          Azaharul Islam

Full Name

          (Unknown)

Job Title

2

Address

_____

Defendant No. 4

Full Name

_____

Job Title

_____

_____

Address

_____

Defendant No. 5

Full Name

_____

Job Title

_____

_____

Address

## II.     Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need <u>not</u> give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? ___ 75th Street And Jamaica

Avenue, Queans N.y 11421 _____

_____

When did the events happen? (include approximate time and date) ___ May.20, 2017 ___

at about 8:55 PM _____

_____

3

Facts: (what happened?)  I was coming from out of the supermarket
on 75th Street & Jamaica Ave. with a female friend when
I was approached by 2 guys that were standing at the bus
stop who started yelling out racial words to me and the
female friend that I was with.  Mohammed Uddin and Azaharu
Islam Started to call my friend a white bitch, a whore, a
nigger lover, and the name calling goes on and on. then
they started to call me out of my name such as Nigger,
black m onkey Nigger, and so forth. When i told P/O
Robert Molloy of the 102th Precent  who arrived on the
scene that I wanted to prees charges on the two guys for
calling me racial names which by law is a hate crime, I
was told that I was being arrested for a crime that He was
told I did & it never occured and I"m still incarcerated
for a crime that i wated to file from the beginning.

**II.A.   Injuries.**      If you are claiming injuries as a result of the events you are complaining
about, describe your injuries and state what medical treatment you required.  Was medical
treatment received?

Pain & Suffering  & Depression
PHyciatric Help.
PHyciatric Medications.

4

III.    **Relief:**  State what relief you are seeking if you prevail on your complaint.

Monetary Damages - *32* Million Dollars.

I declare under penalty of perjury that on July.8,2017     , I delivered this

complaint to prison authorities at      A.M.K.C C-95   (date)     to be mailed to the United

(name of prison)

States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July.8,2017

Signature of Plaintiff

Kenneth Littles     A.M.K.C C-95

Name of Prison Facility or Address if not incarcerated

18-18 Hazen Street.

east elmhurst, N.y 11370

Address

441-17-04140

Prisoner ID#

rev. 12/1/2015

5



NEW YORK NY 100

24 JUL 2017 PM 3 L

United States District Court
Eastern District of New York
U.S Court House
225 Cadman Plaza East
Brooklyn N.Y. 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 2 6 2017 ★
BROOKLYN OFFICE

Kenneth Littles
75 L 8th Road
Woodhaven N.Y. 11421

11201>161882